# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162855(65)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                      SC: 162855
                                       COA: 353537
                                       Mackinac CC: 19-008346-AR,
                                              19-008347-AR

WALTER JOSEPH CASWELL,
    Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Mason D. Morisset to appear and practice in this case under MCR 8.126(A) is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2021                      
_____          _____
                                                    Clerk